STATE OF VERMONT

| SUPERIOR COURT | CIVIL DIVISION |
|---|---|
| Washington Unit | Docket No. 303-9-20 Wncv |

Joshua Gilbeau,
    Plaintiff

v.

James Baker,
Scott Martin,
    Defendants

ENTRY ORDER

RECEIVED
FEB 19 2021
2:21-cv-29
U.S. DISTRICT COURT
BURLINGTON, VT

As a result of the status conference held January 21, 2021, the following deadlines are established:

**February 1, 2021**    Amended Complaint to be filed

**February 15, 2021**    Any Motion to Dismiss to be filed

**March 1, 2021**    Deadline for Plaintiff's Motion for Summary Judgment. Defendant may file a Cross Motion for Summary Judgment at the time the Defendant's Response to the Plaintiff's Motion is due.

Electronically signed on January 21, 2021 at 02:00 PM pursuant to V.R.E.F. 9(d).

*Mary Miles Teachout*
Mary Miles Teachout
Superior Court Judge